IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIFFANY L. KISTLER,

        Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

No. 3:14-cv-00942-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge John Jelderks issued a Findings and Recommendation [23] on June 2, 2016, in which he recommends that the Commissioner's decision be reversed and this case be remanded for an immediate calculation and payment of benefits. Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988)

1 – ORDER

(*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [23]. Accordingly, the Commissioner's decision is reversed, and this case is remanded for an immediate calculation and payment of benefits.

IT IS SO ORDERED.

DATED this _5_ day of _July_, 2016.

_/s/ Marco Hernández_
MARCO A. HERNÁNDEZ
United States District Judge