**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, OR  97035
Telephone:  (503) 251-0707
Fax:  (503) 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TIFFANY L. KISTLER**<br>             Plaintiff,<br><br>      vs.<br><br>**COMMISSIONER**,<br>Social Security Administration,<br>             Defendant. | Civil No.: 3:14-cv-00942-JE<br><br>STIPULATED ORDER re:<br>ATTORNEY FEES PURSUANT TO<br>THE EQUAL ACCESS TO<br>JUSTICE ACT (EAJA) |

After considering plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), it is hereby ORDERED, that plaintiff is awarded $9000 in Attorney Fees Pursuant to the Equal Access to Justice Act.

If it is determined that plaintiff's EAJA fees are not subject to offset under the Department of the Treasury's Offset Program, the check for EAJA fees, or that part of it not subject to offset, shall be made payable to Karen Stolzberg, and mailed to her office at 11830 SW Kerr Parkway, #315; Lake Oswego, OR  97035

DATE __8/11/2016_____

                                                            __/s/ John Jelderks_____
                                                               UNITED STATES MAGISTRATE JUDGE

Presented by:
Karen Stolzberg, AAL, OSB #83092
Attorney for Plaintiff
PH:  (503) 251-0707

PAGE 1– ORDER