**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, OR  97035
Telephone:  (503) 251-0707
Fax:  (503) 251-0708
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Tiffany Kistler<br><br>             Plaintiff,<br><br>     vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>             Defendant. | Civil No.: 3:14-CV-00942-JE<br><br>ORDER REGARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

     Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $13548.75 is hereby awarded to plaintiff's attorney, Karen Stolzberg.  Previously, this court awarded Ms. Stolzberg $9000.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send to Ms. Stolzberg the balance of $4548.75.  Any withheld amount then remaining should be released to plaintiff as soon as practicable.

     IT SO ORDERED.

     Dated   October 31, 2016

                                                             /s/ John Jelderks
                                                             Judge , Magistrate Judge